*Hanson Matson,* with her *H. David Rothman,* for appellees.

Order affirmed.

WRIGHT, P. J., WATKINS and CERCONE, JJ., dissent.

## Commonwealth *v.* Smith, Appellant.

Submitted September 14, 1970. *Arthur K. Dils,* for appellant; *Edgar B. Bayley,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted September 16, 1970. *Thomas E. Harting,* for appellant; *James F. Heinly,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Spartis, Appellant.

Argued November 10, 1970. *Edward F. Urbanik,* with him *Thomas Levendos,* and *Royston, Robb, Leonard, Edgecombe, Miller & Shorall,* for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Robert L.*